UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

PAUL LUCKI SMITH,

     Defendant.

_____/

Criminal No. 18-CR-20411

HON. BERNARD A. FRIEDMAN

## ORDER DENYING DEFENDANT'S
## MOTION FOR MODIFICATION OF SENTENCE

On October 1, 2020, this matter came before the Court on defendant's motion for

modification of sentence [docket entry 55].  A hearing was held and oral argument heard.  For

the reasons stated on the record,

IT IS ORDERED that  defendant's motion for modification of sentence is denied

without prejudice.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2020
     Detroit, Michigan